**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNE MARTIN AND MICHAEL MARTIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>    Defendants. | Case No.: 4:25-CV-06875 YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled for a case management conference on November 17, 2025. The parties have failed to file a Joint Case Management Conference as required by the Civil Local Rules.

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they failed to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, November 24, 2025,** on the Court's **2:01p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, November 21, 2025**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; (2) a written response to this Order to Show Cause why failed to comply with the stated rule; or (3) a joint stipulation consenting to magistrate jurisdiction. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken

off calendar.  Otherwise, lead trial counsel must personally appear at the Zoom hearing.  Neither a special appearance nor a telephonic appearance will be permitted.

The Case Management Conference set for November 17, 2025 is **CONTINUED** to **December 1, 2025, at 2:00 p.m.**

The Court has a busy trial schedule in 2026, including proceedings in a significant multidistrict litigation matter, which requires that all civil cases be postured for expeditious resolution.

The parties are advised that in cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge *of their joint selection* for all purposes, including entry of final judgment.  *See* Civil L.R. 73-1(b).  This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case with more flexibility than the undersigned district judge.

This district boasts excellent magistrate judges.  The bios detailing their credentials are available at https://www.cand.uscourts.gov/judges/.

The parties are hereby **DIRECTED** to advise the Court, no later than **10:00 a.m. on Friday, November 21, 2025,** whether they (i) consent to have a magistrate judge of their choice conduct all further proceedings in the instant action in which case the December 1 conference will be vacated and the reassignment order will issue automatically; or (ii) will personally appear for the December 1 case management conference.  Should the parties choose to consent to a magistrate judge, forms are available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

**Date:** November 14, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**